1  Thomas M. Robins, III (State Bar No. 054423)
   trobins@frandzel.com
2  Peter Csato (State Bar No. 089272)
   pcsato@frandzel.com
3  Bernard R. Given, II (State Bar No. 134718)
   bgiven@frandzel.com
4  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
5  Seventeenth Floor
   Los Angeles, California 90048-4920
6  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
7
   Attorneys for CENTRAL PACIFIC BANK
8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                    **SAN FERNANDO VALLEY DIVISION**
11

| | |
|---|---|
| In re | CASE No. 1:09-bk-18832-MT |
| RIVERFRONT VENTURES, LLC, | Adv No. |
| Debtor. | Chapter 11 |
| | Removed Case No. BC409031 |
| CENTRAL PACIFIC BANK, | [Superior Court of the State of California, County of Los Angeles, Central District] |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(a)** |
| v. | |
| DAVID SCHWARTZMAN, etc., et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that removing party Central Pacific Bank (the "Bank") hereby removes to the above-entitled Court the State Court Action (as defined below) based on the following:

1.    This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), Rule 9027(a) of

1  the Federal Rules of Bankruptcy Procedure ("Federal Bankruptcy Rules"), and Local Rule 9027-1

2  of the Local Rules of Bankruptcy Procedure for the Central District of California ("Local

3  Bankruptcy Rules").

4      2.    On March 5, 2009, the Bank commenced an action against defendants David

5  Schwartzman ("Schwartzman"), Ruth B. Ziegler and Richard A. Corleto, in their capacities as

6  Trustees of Trust "A" of the Ziegler Family Trust ("ZFT"), and LB/L-DS Ventures Master LLC

7  ("LB/L-DS") in the Superior Court of the State of California, County of Los Angeles, Central

8  District, Case No. BC409031, entitled *Central Pacific Bank v. David Schwartzman; Ruth B.*

9  *Ziegler and Richard A. Corleto, in their capacities as Trustees of Trust A of the Ziegler Family*

10  *Trust; LB/L-DS Ventures Master LLC; and Does 1 through 50, inclusive* (the "State Court

11  Action"). The Bank's verified complaint in the State Court Action ("Complaint") is for Breach of

12  Guaranty regarding three separate business loans made by the Bank – one to LB/L-DS Ventures

13  Clovis LLC ("Clovis"), one to Riverfront Ventures, LLC ("Riverfront"), and one to San Feliciano

14  Holding Company, LLC ("San Feliciano"). Schwartzman, ZFT and LB/L-DS each guaranteed the

15  Clovis loan; Schwartzman and ZFT each guaranteed the Riverfront loan; and Schwartzman

16  guaranteed the San Feliciano loan. Clovis, Riverfront and San Feliciano have all defaulted on

17  their loans, and Schwartzman, ZFT and LB/L-DS have all defaulted on their guarantees. The

18  amount owed to the Bank on the Clovis loan is in excess of $11.4 million, the amount owed on the

19  Riverfront loan is in excess of $18.1 million, and the amount owed on the San Feliciano loan is in

20  excess of $3.8 million. A copy of the Complaint is attached to the Bank's separately filed

21  Appendix of State Court Pleadings to Notice of Removal of Civil Action Under 28 U.S.C. §

22  1452(a) and Federal Bankruptcy Rule 9027(a) ("Appendix") as Document 4.

23      3.    On April 10, 2009, (a) Schwartzman, ZFT and LB/L-DS filed a verified answer to

24  the Bank's Complaint in the State Court Action ("Answer"), and (b) Schwartzman, ZFT, LB/L-DS,

25  Clovis, Riverfront and San Feliciano (collectively, "Cross-Complainants") filed a cross-complaint

26  against the Bank and the Bank's parent holding company, Central Pacific Financial Corp. ("Cross-

27  Complaint"). A copy of the Answer is attached to the Appendix as Document 22, and a copy of

28  the Cross-Complaint is attached to the Appendix as Document 25.

1  4.  On May 13, 2009, Cross-Complainants filed a first amended cross-complaint in the State Court Action ("FACC"). The FACC alleges an assortment of lenders liability causes of action allegedly arising from the Clovis, Riverfront and San Feliciano loans and guarantees. A copy of the FACC is attached to the Appendix as Document 31.

5.  On July 13, 2009, Riverfront filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Central District of California (San Fernando Valley), Case No. 1:09-bk-18832-MT (the "Bankruptcy Case").

6.  The State Court Action is related to the Bankruptcy Case.

7.  The Bank hereby removes the entire State Court Action, including without limitation the Complaint and the FACC, to the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division ("the "Bankruptcy Court") pursuant to 28 U.S.C. § 1452(a), Federal Bankruptcy Rule 9027(a) and Local Bankruptcy Rule 9027-1. In this regard, the Bank has already removed the State Court Action in connection with the affiliated Chapter 11 filings of San Feliciano (Case No. 1:09-bk-16563-MT) and Schwartzman (Case No. 1:09-bk-16565-MT), which cases have been assigned Adversary Proceeding No.'s 1:09-ap-01187-MT and 1:09-ap-01186-MT, respectively, and which are the subject of pending motions to consolidate and motions to remand.

8.  The Bankruptcy Court has jurisdiction over the removed State Court Action pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

9.  This Notice of Removal is timely filed pursuant to Federal Bankruptcy Rule 9027(a)(2).

10.  Upon removal, litigation of the State Court Action is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2). To the extent the State Court Action is deemed to be a non-core proceeding, the Bank consents to the entry of final orders and judgments by the Bankruptcy Court pursuant to 28 U.S.C. § 157(c)(2).

11.  A copy of this Notice of Removal will be filed with the clerk of the court in the State Court Action and served on all parties to the State Court Action pursuant to Federal

1 | Bankruptcy Rule 9027(b) and (c).

2 |     12.    The Bank expressly reserves all procedural and substantive rights, claims and

3 | defenses.

4 |     13.    Copies of all process and pleadings in the State Court Action are attached to the

5 | Appendix, filed herewith.

6 | DATED: July 24, 2009     FRANDZEL ROBINS BLOOM
                                                                                                                                                                     & CSATO, L.C.

7 |                                                 THOMAS M. ROBINS, III
8 |                                                 PETER CSATO
                                                BERNARD R. GIVEN, II

10 |                                      By:  /s/ Bernard R. Given, II
11 |                                                     BERNARD R. GIVEN, II
                                                    Attorneys for
12 |                                                     CENTRAL PACIFIC BANK

*(Left margin firm block:)* FRANDZEL ROBINS BLOOM & CSATO, L.C. / 6500 WILSHIRE BOULEVARD, 17TH FLOOR / LOS ANGELES, CALIFORNIA 90048-4920 / (323) 852-1000