| | |
|---|---|
| 1 | Victor A. Sahn (CA Bar No. 97299) |
| | vsahn@sulmeyerlaw.com |
| 2 | Mark S. Horoupian (CA Bar No. 175373) |
| | mhoroupian@sulmeyerlaw.com |
| 3 | SulmeyerKupetz |
| | A Professional Corporation |
| 4 | 333 South Hope Street, Thirty-Fifth Floor |
| | Los Angeles, California 90071-1406 |
| 5 | Telephone:  213.626.2311 |
| | Facsimile:    213.629.4520 |

**FILED & ENTERED**

SEP 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

Attorneys for Riverfront Ventures, LLC,
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re

RIVERFRONT VENTURES, LLC,
a Delaware limited liability company,

Debtor in Possession.

___

CENTRAL PACIFIC BANK,

Plaintiff,

vs.

DAVID SCHWARTZMAN; RIVERFRONT VENTURES, LLC,

Defendants.

Case No. 1:09-bk-18832 MT

Chapter 11

Adv. No. 1:09-ap-01272 MT

Removed Case No. BC 409031

*[Superior Court of the State of California, County of Los Angeles, Central District]*

**ORDER APPROVING "STIPULATION REGARDING REMAND AND FOR LIMITED RELIEF FROM AUTOMATIC STAY"**

[28 U.S.C. 1452(b); Bankr. R. 9027(d); Local Bankr. R. 9027-1(c)]

**DATE:** September 23, 2009
**TIME:** 11:00 a.m.
**PLACE:** Courtroom 302
21041 Burbank Boulevard
Woodland Hills, CA 91367-6603

[MSH\BANKR\528971.1]

On September 9, 2009, the *"Stipulation Regarding Remand And For Limited Relief From Automatic Stay"* (the "Stipulation") [Docket No. 27] was filed by Debtor Riverfront Ventures, LLC. The Stipulation was entered into by and between the Debtor and Plaintiff Central Pacific Bank ("CPB"), by and through their respective counsel.

The Court, having considered the Stipulation, and good cause appearing therefore, hereby **ORDERS**:

1. The Stipulation is granted in its entirety;

2. The action entitled Central Pacific Bank v. Riverfront Ventures, LLC, David Schwartzman, et al., bearing Case No. BC 409031, shall be remanded to the Superior Court for the State of California, County of Los Angeles, Stanley Mosk Division (the "Removed Matter"); and

3. The automatic stay is lifted with respect to the Removed Matter to allow all parties to fully prosecute and defend their respective claims against the other. However, to the extent that CPB proves that it has a claim against the Debtor at the conclusion of this Litigation, CPB may only seek payment of its claim against the Debtor through orders or agreements approved by this Court. The foregoing is without waiver of CPB's right to file a Proof of Claim in this Court and seek payment thereon (whether or not as a result of the Removed Matter).

#####

*[signature: Maureen A. Tighe]*

DATED: September 17, 2009

- 2 -

| In re: | CHAPTER 11 |
|---|---|
| RIVERFRONT VENTURES, LLC, Debtor. | CASE NUMBER: 1:09-bk-18832 MT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: SulmeyerKupetz, 333 S. Hope St., 35th Floor, Los Angeles, CA  90071-1406.

The foregoing document described **"ORDER APPROVING "STIPULATION REGARDING REMAND AND FOR LIMITED RELIEF FROM AUTOMATIC STAY""** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page.

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 9, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen Tighe, U.S. Bankruptcy Judge,
21041 Burbank Boulevard, Room 325, Woodland Hills, CA  91367

Katherine C. Bunker, Esq.
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367-6550

**DEBTOR**
David Schwartzman
Riverfront Ventures, LLC
113 N. San Vicente Blvd., Third Floor
Beverly Hills, CA  90211-2326

**STATE COURT COUNSEL**

Mark B. Chassman, Esq.
Chassman & Seelig, LLP
350 S. Figueroa St., Suite 580
Los Angeles, CA  90071-1309

Stephen B. Meister, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY  10017-7143

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| RIVERFRONT VENTURES, LLC, Debtor. | CASE NUMBER: 1:09-bk-18832 MT |

Richard A. Corleto, Esq.
Corleto & Ackerman
15760 Ventura Blvd.
Encino, CA 91436-3002

**REQUEST FOR SPECIAL NOTICE**
Browning Contractors, Inc.
c/o Rema M. Al-Jundi, Esq.
Coleman & Horowitt, LLP
499 W. Shaw, Suite 116
Fresno, CA 93704

**REQUEST FOR SPECIAL NOTICE**
Browning Contractors, Inc.
c/o Rema M. Al-Jundi, Esq.
Coleman & Horowitt, LLP
499 W. Shaw, Suite 116
Fresno, CA 93704

☐ Service information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 9, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- Office of the U.S. Trustee                                ustpregion16.la.ecf@usdoj.gov
- Office of the U.S. Trustee                                kate.bunker@usdoj.gov
- Central Pacific Bank - Bernard R. Given, Esq.    bgiven@frandzel.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2009 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re: | CHAPTER 11 |
|---|---|
| RIVERFRONT VENTURES, LLC,     Debtor. | CASE NUMBER: 1:09-bk-18832 MT |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **"ORDER APPROVING "STIPULATION REGARDING REMAND AND FOR LIMITED RELIEF FROM AUTOMATIC STAY""** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>September 9, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Debtor – Victor A. Sahn, Esq.      vsahn@sulmeyerlaw.com
- Debtor – Mark S. Horoupian, Esq.      mhoroupian@sulmeyerlaw.com
- Office of the U.S. Trustee      ustpregion16.la.ecf@usdoj.gov
- Central Pacific Bank - Bernard R. Given, Esq.      bgiven@frandzel.com

☐ Service information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Katherine C. Bunker, Esq.
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

**DEBTOR**
David Schwartzman
Riverfront Ventures, LLC
113 N. San Vicente Blvd., Third Floor
Beverly Hills, CA 90211-2326

**STATE COURT COUNSEL**
Mark B. Chassman, Esq.
Chassman & Seelig, LLP
350 S. Figueroa St., Suite 580
Los Angeles, CA 90071-1309

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: | CHAPTER 11 |
|---|---|
| RIVERFRONT VENTURES, LLC, Debtor. | CASE NUMBER: 1:09-bk-18832 MT |

Stephen B. Meister, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017-7143

Richard A. Corleto, Esq.
Corleto & Ackerman
15760 Ventura Blvd.
Encino, CA 91436-3002

**REQUEST FOR SPECIAL NOTICE**
Browning Contractors, Inc.
c/o Rema M. Al-Jundi, Esq.
Coleman & Horowitt, LLP
499 W. Shaw, Suite 116
Fresno, CA 93704

☐    Service information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**