# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>Central Pacific Bank | **FILED**<br><br>October 15, 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY LM5 DEPUTY CLERK |
| **Defendant**<br><br>David Schwartzman | |
| **Chapter:** 11<br><br>**Case Number:** 1:09–bk–18832–MT<br><br>**Adversary Number:** 1:09–ap–01272–MT | **ORDER CLOSING ADVERSARY PROCEEDING** |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*Dated: 10/15/09*                                                                 By Order of the United States Bankruptcy Court

**Jon D. Ceretto**
*Clerk of Court*

28/ LM5